1   ANDRÉ BIROTTE JR.
    United States Attorney
2   LEON W. WEIDMAN
    Assistant United States Attorney
3   Chief, Civil Division
    RICHARD M. PARK (Cal. Bar No. 236173)
4   JULIE ZATZ (Cal. Bar No. 155560)
    Assistant United States Attorneys
5        Room 7516, Federal Building
         300 North Los Angeles Street
6        Los Angeles, California 90012
         Tel:  (213) 894-3275/7349
7        Fax:  (213) 894-7819
         Email:   richard.park@usdoj.gov
8                 julie.zatz@usdoj.gov

9   Attorneys for the Defendant
    United States of America

10

11

12                  UNITED STATES DISTRICT COURT

13                 CENTRAL DISTRICT OF CALIFORNIA

14                      WESTERN DIVISION

15  **SUNNIE SOK, et al.,**          ) Case No. CV 10-5458 SVW (PLAx)
                                      )
16       Plaintiffs,                  )
                                      ) [PROPOSED] **ORDER APPROVING**
17           v.                       ) **STIPULATION FOR COMPROMISE**
                                      ) **SETTLEMENT AND DISMISSAL OF**
18  **THE UNITED STATES OF**          ) **ACTION**
    **AMERICA,**                      )
19                                    ) Hon. Stephen V. Wilson
         Defendant.                   )
20                                    )
                                      )
21                                    )
    _____    )
22

23       Pursuant to the Stipulation for Compromise Settlement and

24  Dismissal of Action filed by the parties, IT IS HEREBY ORDERED:

25       1.   Plaintiffs' action is dismissed with prejudice in its

26  entirety;

27

28

W02-WEST:1VEA2\401296293.1

**E-FILED**
10:11 AM
DEC 08 2011

Docket# 20

FILED
CLERK U.S. DISTRICT COURT

DEC - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

2.     Each party shall bear its own costs of suit and attorney's fees; and

3.     The Court retains jurisdiction pending payment of the settlement.

DATED: _Nov 29_, 2011

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

-2-